NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM ALOYSIUS LOWE,                )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No. 2D17-3739
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____ )

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian Iten, Judge.

William Aloysius Lowe, pro se.


PER CURIAM.


        Affirmed.


KHOUZAM, CRENSHAW, and ATKINSON, JJ., Concur.